IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| MARK TRIGGS, *et al.* | ) | CASE NO. 1:13cv-1897 |
| | ) | |
| Plaintiffs, | ) | JUDGE: Patricia A. Gaughan |
| | ) | |
| vs. | ) | |
| | ) | **MOTION OF DEFENDANTS FOR** |
| LOWE'S COMPANIES, INC., *et al.* | ) | **ADMISSION OF KEVIN J. WHITE,** |
| | ) | **ESQ. PRO HAC VICE** |
| Defendants. | ) | |

Pursuant to Local Rule 83.5(h), Defendants Lowe's Home Centers, Inc. and Lowe's Companies, Inc. ("Defendants"), by and through counsel, hereby move for the admission of Kevin J. White, Esq. *pro hac vice* as follows:

Mr. White is a partner in the law firm of Hunton & Williams LLP. His primary office location is 2200 Pennsylvania Avenue, N.W., Washington, D.C. 20037. His telephone number is (202) 955-1886, his fax number is (202) 857-3889, and his email address is kwhite@hunton.com.

Mr. White is a member in good standing of the State Bar of Texas (Bar No. 24013742) and the District of Columbia Bar (Bar No. 998809). Mr. White is also a member in good standing in the United States Court of Appeals for the Fifth Circuit, the Supreme Court of Texas and the United States District Courts for the Southern, Western and Eastern Districts of Texas.

Mr. White has not been disbarred or suspended from practice before any court, department, bureau or commission of any state or the United States, nor has Mr. White ever received a reprimand from any such court, department, bureau or commission pertaining to conduct or fitness as a member of the bar. Mr. White is familiar with and will abide by the Local Rules of the United States District Court for the Northern District of Ohio.

{4478118:}

Mr. White will appear in this action as additional counsel for Lowe's Companies, Inc. and Lowe's Home Centers, Inc.  An affidavit of Kevin J. White in support of this motion is attached as Exhibit A.

Wherefore, Defendants respectfully request the court to enter an order permitting Kevin J. White to be admitted *pro hac vice* for purposes of participating in all court proceedings in this matter.

Respectfully submitted,

*/s/ Douglas B. Schnee*
Douglas B. Schnee (0063643)
McDonald Hopkins LLC
600 Superior Avenue East
Suite 2100
Cleveland, OH 44114
Telephone: (216) 348-5720
Facsimile: (216) 348- 5474
E-Mail:  dschnee@mcdonaldhopkins.com

**Attorney for Defendants Lowe's Companies, Inc. and Lowe's Home Centers, Inc.**

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of September, 2013, the foregoing *MOTION OF DEFENDANTS FOR ADMISSION OF KEVIN J. WHITE PRO HAC VICE* was filed electronically. Notice of this filing will be sent to the parties by operation of the Court's electronic filing system to:

DANIEL P. PETROV
MARK GRIFFIN
J. MATTHEW LINEHAN
Thorman Petrov Griffin Co., LPA
3100 Terminal Tower
50 Public Square
Cleveland, Ohio 44113

*Counsel for Plaintiffs*

      */s/Douglas B. Schnee*
      Douglas B. Schnee
      ***Attorney for Defendants Lowe's Companies, Inc. and Lowe's Home Centers, Inc.***