**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| MARK TRIGGS, *et al.* | ) | CASE NO.  1:13cv-1897 |
| | ) | |
| Plaintiffs, | ) | JUDGE: Patricia A. Gaughan |
| | ) | |
| vs. | ) | |
| | ) | **MOTION OF DEFENDANT** |
| LOWE'S COMPANIES, INC., *et al.* | ) | **LOWE'S HOME CENTERS, INC.** |
| | ) | **FOR ADMISSION OF M. BRETT** |
| Defendants. | ) | **BURNS, ESQ. PRO HAC VICE** |

Pursuant to Local Rule 83.5(h), Defendant Lowe's Home Centers, Inc. ("Defendant"), by and through counsel, hereby moves for the admission of M. Brett Burns. *pro hac vice* as follows:

Mr. Burns is a partner in the law firm of Hunton & Williams LLP.  His primary office location is 575 Market Street, Suite 3700, San Francisco, CA  94105.  His telephone number is (415) 975-3725, his fax number is (415) 975-3701, and his email address is mbrettburns@hunton.com.

Mr. Burns is a member in good standing of the State Bar of Texas (Bar No. 03447900) and the State Bar of California (Bar No. 256965).  Mr. Burns is also a member in good standing of the United States Court of Appeals for the Fifth, Sixth and Ninth Circuits, the United States District Courts for the Northern, Central, Eastern and Southern Districts of California and the Northern, Southern, Western and Eastern Districts of Texas.

Mr. Burns has not been disbarred or suspended from practice before any court, department, bureau or commission of any state or the United States, nor has Mr. Burns ever received a reprimand from any such court, department, bureau or commission pertaining to conduct or fitness as a member of the bar.  Mr. Burns is familiar with and will abide by the Local Rules of the United States District Court for the Northern District of Ohio.

Mr. Burns will appear in this action as additional counsel for Defendant Lowe's Home Centers, Inc.  An affidavit of M. Brett Burns in support of this motion is attached as Exhibit A.

Wherefore, Defendant respectfully requests the court to enter an order permitting M. Brett Burns to be admitted *pro hac vice* for purposes of participating in all court proceedings in this matter.

Respectfully submitted,

*/s/ Douglas B. Schnee*
Douglas B. Schnee (0063643)
McDonald Hopkins LLC
600 Superior Avenue East
Suite 2100
Cleveland, OH 44114
Telephone: (216) 348-5720
Facsimile: (216) 348- 5474
E-Mail:  dschnee@mcdonaldhopkins.com

**Attorney for Defendant Lowe's Companies, Inc.**

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of December, 2013, the foregoing *MOTION OF DEFENDANTS FOR ADMISSION OF M. BRETT BURNS PRO HAC VICE* was filed electronically.  Notice of this filing will be sent to the parties by operation of the Court's electronic filing system to:

DANIEL P. PETROV
MARK GRIFFIN
Thorman Petrov Griffin Co., LPA
3100 Terminal Tower
50 Public Square
Cleveland, Ohio 44113

*Counsel for Plaintiffs*

/s/Douglas B. Schnee
Douglas B. Schnee
***Attorney for Defendant Lowe's Companies, Inc.***