# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| MARK TRIGGS, *et al.* | ) | CASE NO. 1:13cv-1897 |
| Plaintiffs, | ) ) ) | JUDGE: Patricia A. Gaughan |
| vs. | ) | **AFFIDAVIT OF** |
| LOWE'S HOME CENTERS, INC. | ) ) | **M. BRETT BURNS** |
| Defendant. | ) ) | |

STATE OF CALIFORNIA   )
                     ) ss:
COUNTY OF SAN FRANCISCO )

M. Brett Burns, being duly sworn, states and deposes as follows:

1. I am a partner in the law firm of Hunton & Williams LLP. My primary office location is 575 Market Street, Suite 3700, San Francisco, California 94105. My telephone number is (415) 975-3725, my fax number is (415) 975-3701, and my e-mail address is mbrettburns@hunton.com.

2. I am a member in good standing of the State Bar of California (Bar No. 256965) and the State of Texas (Bar No. 03447900). I am also a member in good standing in the United States Courts of Appeals for the Fifth, Sixth, and Ninth Circuits, the U.S. District Courts of Northern, Central, Eastern and Southern Districts of California and the Northern, Southern, Eastern, and Western Districts of Texas.

3. I have not been disbarred or suspended from practice before any court, department, bureau or commission of any state or the United States, nor have I ever received a reprimand from any such court, department, bureau or commission pertaining to conduct or fitness as a member of the bar.

4. I am familiar with and will abide by the Local Rules of the United States District Court for the Northern District of Ohio.

5. I ask for permission to appear in this action as counsel for Lowe's Home Centers, Inc.

6. The facts contained in this affidavit are based on my personal knowledge and are true and correct.

FURTHER AFFIANT SAYETH NAUGHT

/s/ Brett Burns
M. BRETT BURNS

Sworn to and subscribed before me this 27 day of NOVEMBER, 2013

_____
Notary Public

JUNG EUN YANG
Commission # 2026736
Notary Public - California
San Francisco County
My Comm. Expires May 31, 2017