# Sara Verespej

| | |
|---|---|
| **From:** | Schnee, Douglas B. <dschnee@mcdonaldhopkins.com> |
| **Sent:** | Wednesday, May 07, 2014 9:52 AM |
| **To:** | Mark Griffin |
| **Cc:** | Sara Verespej; Christopher Thorman; Dan Petrov; Margaret Brafchak; 'White, Kevin J.'; 'Velarde, Lindsay B.' |
| **Subject:** | RE: Triggs -- Stipulated Dismissal with Prejudice regarding SPIFF Claim |

Mark, just to be clear, we will not pursue attorney's fees or costs associated with that claim (the SPIFF claim). With that clarification, you are correct.

Thanks

**Douglas B. Schnee**
Member




T: 216.348.5720
F: 216.348.5474
**dschnee@mcdonaldhopkins.com**
**businessadvocate.mcdonaldhopkins.com**

**600 Superior Avenue East
Suite 2100
Cleveland, OH 44114**

Chicago • Cleveland • Columbus • Detroit • Miami • West Palm Beach
**From:** mark.d.griffin@gmail.com [mailto:mark.d.griffin@gmail.com] **On Behalf Of** Mark Griffin
**Sent:** Wednesday, May 07, 2014 9:49 AM
**To:** Schnee, Douglas B.
**Cc:** Sara Verespej; Christopher Thorman; Dan Petrov; Margaret Brafchak
**Subject:** Triggs -- Stipulated Dismissal with Prejudice regarding SPIFF Claim

Doug,

This is to confirm our agreement today that we will enter a stipulated dismissal with prejudice on the SPIFF claim.

We agreed that this would render the motion moot; Plaintiffs could not pursue further claims on the SPIFF; and that Defendants could not pursue attorneys fees/costs.

We will file this stipulation later today.

-Mark

--


Thorman Petrov Griffin Co., LPA
3100 Terminal Tower
50 Public Square
Cleveland, OH 44113

216-621-3500

This e-mail message (and any attachments) is for the exclusive use of the intended addressee(s). This message may contain confidential, privileged, and/or proprietary information, and unauthorized review, use, or distribution by persons other than the intended addressee(s) is prohibited and may be unlawful. Unintended transmission shall not constitute waiver of the attorney-client or any other privilege or of any claim to confidentiality. If you have received this e-mail in error, please contact me immediately at 216.621.3500 and destroy all electronic, paper, and other versions of this message.

IRS CIRCULAR 230 DISCLOSURE:

To ensure compliance with requirements imposed by the Internal Revenue Service, we inform you that any tax advice contained in this communication (including any attachments), was not intended or written to be used, and cannot be used, by any taxpayer for the purpose of (1) avoiding any penalties under the Internal Revenue Code or (2) promoting, marketing or recommending to another party any transaction matter addressed herein.

THE INFORMATION CONTAINED IN THIS TRANSMISSION IS ATTORNEY PRIVILEGED AND/OR CONFIDENTIAL INFORMATION INTENDED FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED ABOVE. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS TRANSMISSION IN ERROR, PLEASE IMMEDIATELY NOTIFY ME BY TELEPHONE AND PERMANENTLY DELETE THE ORIGINAL AND ANY COPY OF THIS E-MAIL AND DESTROY ANY PRINTOUT THEREOF.